DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2711
Email: melissa.childs@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | 01 CR 058 (LTS) |
| JOSEPH AMATO | **NOTICE OF APPEARANCE** |

    Please take notice that the undersigned Assistant United States Attorney has been designated as counsel regarding restitution matters in the above-captioned cause.

Dated:   December 12, 2024
           New York, New York

                                    DAMIAN WILLIAMS
                                    United States Attorney for the
                                    Southern District of New York

                By:    */s/ Melissa A. Childs*
                          MELISSA A. CHILDS
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          Tel.: (212) 637-2711
                          E-mail: melissa.childs@usdoj.gov